**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Ollie Smith v. Prosperity Solutions, Inc.

Case Number:

An appearance is hereby filed by the undersigned as attorney for:

Plaintiff Ollie Smith

Attorney name (type or print): Alex N. Jilizian

Firm: Paronich Law, P.C.

Street address: 350 Lincoln Street, Suite 2400

City/State/Zip: Hingham, MA 02043

Bar ID Number: 362307 (CA)
(See item 3 in instructions)

Telephone Number: (213) 866-5293

Email Address: alex@paronichlaw.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | Yes | ✓ No |
| Are you a member of the court's general bar? | ✓ Yes | No |
| Are you a member of the court's trial bar? | Yes | No |
| Are you appearing *pro hac vice*? | Yes | ✓ No |
| If this case reaches trial, will you act as the trial attorney? | Yes | ✓ No |

If this is a criminal case, check your status.

Retained Counsel

Appointed Counsel
If appointed counsel, are you a

Federal Defender

CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on October 7, 2026

Attorney signature: S/ Alex N. Jilizian
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023