# INITIAL STATUS REPORT

This case has been assigned to the calendar of Judge Edmond E. Chang. The parties are directed to meet pursuant to Federal Rule of Civil Procedure 26(f) and hold a planning conference. At least seven business days (unless otherwise ordered) before the initial status in this case, please file a **joint** initial status report containing the following information:

1. **The Nature of the Case**

   a. Identify the attorneys of record for each party, including the lead trial attorney.
   b. State the basis for federal jurisdiction.
   c. Describe the nature of the claims asserted in the complaint and any counterclaims.
   d. State the major legal and factual issues in the case.
   e. Describe the relief sought by the plaintiff (and counter-claimant).

2. **Pending Motions and Case Plan**

   a. **Important:** state the status of service of process on each defendant.
   b. Identify all pending motions.
   c. Submit a proposal for a discovery plan, including the following information:

      i. The general type of discovery needed.
      ii. A date for Rule 26(a)(1) disclosures.
      iii. A date to issue the first-set of written discovery requests.
      iv. A fact discovery completion date.
      v. If there will be expert discovery, an expert discovery completion date, including dates for the delivery of expert reports (or summaries for non-retained expert testimony).
      vi. A deadline under Civil Rule 16(b) to add parties or to amend pleadings.
      vii. A date for the filing of dispositive motions.

d. State whether a jury trial is requested and the probable length of trial (including jury selection, jury addresses, and jury deliberations).

e. State whether the parties agree to service of pleadings and other papers by electronic means under Federal Rule of Civil Procedure 5(b)(2)(E).

**3. Consent to Proceed Before a Magistrate Judge**

a. State whether the parties consent unanimously to proceed before a Magistrate Judge for all purposes, including entry of final judgment. The Court *strongly* encourages parties to consent to the jurisdiction of the Magistrate Judge. Of course, the parties are free to withhold consent without any adverse substantive consequences.

4. **Status of Settlement Discussions**

a. State whether any settlement discussions have occurred;
b. Describe the status of any settlement discussions; and
c. Whether the parties request a settlement conference.