**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| Ollie Smith, on behalf of himself and all others similarly situated,<br><br>*Plaintiff*,<br>v.<br><br>Prosperity Solutions, Inc.<br><br>*Defendant*. | Civil Case No.: 1:26-cv-12334<br>Hon. Edmond E. Chang<br><br>**Jury Trial Demanded** |

## <u>NOTICE REGARDING STATUS OF SUMMONS</u>

Plaintiff Ollie Smith notifies the Court that, although he filed the Complaint on October 7, 2026, no summons has been issued as to Defendant Prosperity Solutions, Inc. Plaintiff submitted a proposed summons (ECF 7), but none has issued, so Defendant has not been served.

Dated: November 25, 2026

Respectfully Submitted:

*/s/ Alex N. Jilizian*

Alex N. Jilizian
2629 Manhattan Ave #1002
Hermosa Beach, CA 90254
PARONICH LAW, P.C.
Phone: (213) 866-5293
Fax: (508) 318-8100
alex@paronichlaw.com